NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WAYNE A. JOHNSON,                              )
                                               )
             Appellant,                        )
                                               )
v.                                             )        Case No. 2D17-5064
                                               )
STATE OF FLORIDA,                              )
                                               )
             Appellee.                         )
_____)

Opinion filed May 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Mark F. Carpanini,
Judge.

Wayne R. Johnson, pro se.

PER CURIAM.

             Affirmed.

NORTHCUTT, KELLY, and LUCAS, JJ., Concur.